Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 11−39187−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda Pettus
   11 Hazelwood Circle
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−7934

Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after May 1, 2017 for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 31, 2017
JAN: wdr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 11-39187-KCF
Linda Pettus                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Mar 31, 2017
                               Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.
db             +Linda Pettus,   11 Hazelwood Circle,   Willingboro, NJ 08046-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2017 23:44:22      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2017 23:44:18      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven N. Taieb    on behalf of Debtor Linda    Pettus staieb@comcast.net
              William M. E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
               New York, as Trustee for Certificateholders of CWABS Inc., Asset-Backed Certificates, Series
               2007-10 ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10
               ecf@powerskirn.com
                                                                                              TOTAL: 6