UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing LLC, as servicer for The
Bank of New York Mellon fka The Bank of New
York, as Trustee for Certificateholders of CWABS
Inc.. Asset-Backed Certificates. Series 2007-10

In Re:

    Pettus, Linda
                Debtor,

    Pettus, Robert A.
                Co-Debtor

**Order Filed on April 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:      11-39187 KCF

Chapter: 13

Hearing Date: April 26, 2017
Judge: Kathryn C. Ferguson

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for The Bank of New York</u>

<u>Mellon fka The Bank of New York, as Trustee for Certificateholders of CWABS Inc., Asset-Backed</u>

<u>Certificates, Series 2007-10</u>, under

Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain

property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot 23, Block 628,    11 Hazelwood Circle , Willingboro NJ 08046**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

Its is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*

2