| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for Certificateholders of CWABS Inc.. Asset-Backed Certificates. Series 2007-10

In Re:
    Pettus, Linda
                          Debtor,
    Pettus, Robert A.
                          Co-Debtor

Order Filed on April 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 11-39187 KCF
Chapter: 13
Hearing Date: April 26, 2017
Judge: Kathryn C. Ferguson

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 27, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 23, Block 628,    11 Hazelwood Circle , Willingboro NJ 08046**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Its is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Linda Pettus  
    Debtor

Case No. 11-39187-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 27, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.  
db         +Linda Pettus,   11 Hazelwood Circle,   Willingboro, NJ 08046-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:  
           Albert   Russo     docs@russotrustee.com  
           Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,  
           as Trustee for Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Steven N. Taieb     on behalf of Debtor Linda   Pettus staieb@comcast.net  
           William M. E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of  
           New York, as Trustee for Certificateholders of CWABS Inc., Asset-Backed Certificates, Series  
           2007-10 ecf@powerskirn.com  
           William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New  
           York, as Trustee for Certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-10  
           ecf@powerskirn.com  
                                                                                                        TOTAL: 6